ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Billion Motors, Inc., <br><br> Plaintiff, <br><br> v. <br><br> 5 Star Auto Group, Damian McLawhorn, and Rogelio Lopez, <br><br> Defendants. | Case No. 8:19-cv-00945-SVW-JC <br><br> **CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

This cause having come to be settled,

WHEREAS, this Court has jurisdiction over the parties and over the subject matter hereof under 15 U.S.C. § 1121, 28 U.S.C. §§ 1331 and 1338 (a) and (b), and has supplemental jurisdiction under 28 U.S.C. § 1367(a) over the claims raised by Billion Motors, Inc. ("Billion Motors") under California common law;

WHEREAS, Plaintiff Billion Motors is a South Dakota corporation with a principal place of business located at 3401 W. 41st Street, Sioux Falls, South Dakota 57106;

WHEREAS, Defendant 5 Star Auto Group d/b/a "Billion Auto Group" is, a California corporation with a principal place of business located at 1407 North Baxter, Anaheim, California 92806;

WHEREAS, Defendant Damian McLawhorn is an individual residing at 10562 Brier Ln., Santa Ana, California 92705; and is a director and corporate officer of Defendant 5 Star Auto Group;

WHEREAS, Defendant Rogelio Lopez is an individual residing at 710 N Citron Street, Anaheim, California 92805; and is a director and corporate officer of 5 Star Auto Group;

WHEREAS, Billion Motors commenced this lawsuit which alleges, *inter alia*, that Defendants have infringed Billion Motors' federally registered trademarks, engaged in unfair competition under federal and common law, engaged in cyber piracy, violated California Business and Professions Code § 17500 and § 17200, and infringed Billion Motors' trademark under common law;

WHEREAS, the parties acknowledge that Billion Motors owns incontestable rights to the marks consisting of or including the term BILLION, including without limitation United States Registration Nos. 4356516, 4257669, 5519276, and

5536244; and Serial Nos. 86/862,200, 5561539, and 86/861,977 (collectively, the "Billion Marks");

WHEREAS, 5 Star denies it has infringed on any of Billion Motors' Marks, or has caused any damage or confusion with any of the Billion Marks and that there is a dispute and differences to the use of the Billion Marks. 5 Star is willing to enter this Settlement Agreement and Release without admission of liability and responsibility per the terms set herein;

WHEREAS, Billion Motors contends that the evidence obtained to date clearly demonstrates that Defendants have infringed its intellectual property and violated Billion Motors' rights as alleged;

WHEREAS, Defendants have denied that they have engaged in wrongdoing as alleged by Billion Motors; and

WHEREAS, the Parties, intend to fully compromise and settle all claims, actions, and causes of action asserted in the litigation; and

WHEREAS, the parties have reached a settlement that includes entry of a Consented Injunction according to the following terms:

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED THAT:

1. Effective March 3, 2020, Defendants 5 Star Auto Group, Damian McLawhorn, and Rogelio Lopez, along with their respective officers, agents,

servants, employees, licensees, and any others in active concert or participation with them, are each permanently prohibited and enjoined from:

    (a) Making further or continuing use of any of the Billion Marks or any confusingly similar variations thereof, including without limitation the designations BILLION AUTO GROUP, BILLION SOUTH GATE or any other designation that consists of or includes the term BILLION, or any confusingly similar variation thereof;

    (b) Making false or misleading statements to customers expressing or implying that Defendants have any affiliation with Billion Motors; and

    (c) Seeking to register or assert rights in any mark that consists of or includes the Billion Marks or any confusingly similar variations thereof, including without limitation the designations BILLION AUTO GROUP, BILLION SOUTH GATE or any other designation that consists of or includes the term BILLION or any confusingly similar variation thereof.

2. This case shall be deemed dismissed with prejudice upon entry of this Consented Injunction. The Court shall retain jurisdiction over this case for the purposes of enforcing this Consented Injunction.

3. Each party waives the right of appeal from this Consented Injunction and any right to challenge it in any way.

**STIPULATED AND AGREED,** that the Parties jointly request this Court approve

this Stipulation for Consented Injunction.

Dated: November 12, 2019     **ORLANDO J. CASTANO JR. LAW OFFICES**

By: /s/ Orlando J.Castaño Jr
Orlando J Castaño, Jr
Attorneys for Defendants, 5 Star Auto Group, Damian McLawhorn, and Rogelio Lopez

Dated: November 12, 2019     **ROBINS KAPLAN LLP**

By: /s/ David Martinez
David Martinez
Attorneys for Plaintiff, Billion Motors, Inc.

## **CONSENT JUDGMENT AND PERMANENT INJUNCTION**

The Court hereby enters this Consent Judgment and Permanent Injunction

Dated: November 13, 2019

The Honorable Stephen V. Wilson
United States District Judge