JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Billion Motors, Inc., <br><br> Plaintiff, <br><br> v. <br><br> 5 Star Auto Group, Damian McLawhorn, and Rogelio Lopez, <br><br> Defendants. | Case No. 8:19-cv-00945 SVW (JCx) <br><br> **JUDGMENT** |

1. WHEREAS, Plaintiff Billion Motors, Inc. moved for an order to show cause regarding Defendants' contempt of the Court's Injunction Order, and for an award of its attorney fees, on September 14, 2020;

WHEREAS, the Court granted Plaintiff's motion on October 22, 2020, and instructed Plaintiff to file a formal motion for attorney fees with supporting documentation;

WHEREAS, Plaintiff moved for an award of its attorney fees on November 20, 2020;

WHEREAS, on December 17, 2020, the Court granted in part Plaintiff's motion for an award of its attorney fees, awarding Plaintiff fees in the amount of $49,129.50.

**IT IS HEREBY ORDERED, ADJUDICATED AND DECREED THAT**:

1. Judgment is entered in favor of Plaintiff in the amount of $49,129.50; and
2. Post-judgment interest is awarded in favor of Plaintiff pursuant to 28 U.S.C. § 1961. Interest will be calculated from the date of this judgment "at a rate equal to the weekly average 1–year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment." 28 U.S.C. § 1961.

**IT IS ORDERED AND ADJUDGED THAT THE ABOVE JUDGMENT BE ENTERED BY THE CLERK.**

Dated: January 4, 2021

_____
United States District Court Judge
Honorable Stephen v. Wilson